**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF VIRGINIA**

Case number (if known): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Nicholas**<br>First Name<br>**Charles**<br>Middle Name<br>**Grady**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | **Brandie**<br>First Name<br>**Marie**<br>Middle Name<br>**Grady**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | **Kathleen**<br>First Name<br>**Marie**<br>Middle Name<br>**Grady**<br>Last Name | **Brandie**<br>First Name<br>**Marie**<br>Middle Name<br>**McQuinn**<br>Last Name |
| | | | **Brandie**<br>First Name<br>**Marie**<br>Middle Name<br>**LaPlante**<br>Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _3_ _8_ _7_ _9_<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – _6_ _4_ _3_ _6_<br>OR<br>9xx – xx – ____ ____ ____ ____ |

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.    Any business names
and Employer
Identification Numbers
(EIN) you have used in
the last 8 years**

Include trade names and
doing business as names

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

__ __ – __ __ __ __ __ __ __
EIN

__ __ – __ __ __ __ __ __ __
EIN

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

__ __ – __ __ __ __ __ __ __
EIN

__ __ – __ __ __ __ __ __ __
EIN

**5.    Where you live**

**128 Falling Rock Drive**
_____
Number    Street

_____

_____

**Stuarts Draft        VA    24477**
_____
City                State    ZIP Code

**Augusta**
_____
County

If your mailing address is different from
the one above, fill it in here. Note that the
court will send any notices to you at this
mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____

_____
City                State    ZIP Code

_____
County

If Debtor 2's mailing address is different
from yours, fill it in here. Note that the court
will send any notices to you at this mailing
address.

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

**6.    Why you are choosing
this district to file for
bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this
petition, I have lived in this district longer
than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this
petition, I have lived in this district longer
than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.    The chapter of the
Bankruptcy Code you
are choosing to file
under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing
for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

**8.    How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____   When _____   Case number _____
                                          MM / DD / YYYY

District _____   When _____   Case number _____
                                          MM / DD / YYYY

District _____   When _____   Case number _____
                                          MM / DD / YYYY

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____   Relationship to you _____

District _____   When _____   Case number,
                                          MM / DD / YYYY      if known

Debtor _____   Relationship to you _____

District _____   When _____   Case number,
                                          MM / DD / YYYY      if known

**11.   Do you rent your residence?**

☐ No.   Go to line 12.

☑ Yes.  Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Nicholas Charles Grady**
Debtor 2   **Brandie Marie Grady**                              Case number (if known) _____

---

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.*  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

## Part 4:   Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
                       Number     Street

_____

_____
City                                State        ZIP Code

---

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**    Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49

☑ 50-99

☐ 100-199

☐ 200-999

☐ 1,000-5,000

☐ 5,001-10,000

☐ 10,001-25,000

☐ 25,001-50,000

☐ 50,001-100,000

☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000

☐ $50,001-$100,000

☐ $100,001-$500,000

☐ $500,001-$1 million

☐ $1,000,001-$10 million

☐ $10,000,001-$50 million

☐ $50,000,001-$100 million

☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000

☑ $50,001-$100,000

☐ $100,001-$500,000

☐ $500,001-$1 million

☐ $1,000,001-$10 million

☐ $10,000,001-$50 million

☐ $50,000,001-$100 million

☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Nicholas Charles Grady** _____

Nicholas Charles Grady, Debtor 1

Executed on **07/19/2019**

　　　　　　MM / DD / YYYY

X **/s/ Brandie Marie Grady** _____

Brandie Marie Grady, Debtor 2

Executed on **07/19/2019**

　　　　　　MM / DD / YYYY

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ Heidi Shafer for Cox Law Group, PLLC**          Date  **07/19/2019**

 Signature of Attorney for Debtor                          MM / DD / YYYY

**Heidi Shafer for Cox Law Group, PLLC**

Printed name

**Cox Law Group, PLLC**

Firm Name

**900 Lakeside Drive**

Number        Street

_____

_____

**Lynchburg**                          **VA**       **24501-3602**

City                                  State      ZIP Code

Contact phone   **(434) 845-2600**          Email address **heidi@coxlawgroup.com**

**48765**

Bar number                            State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** | **Charles** | **Grady** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brandie** | **Marie** | **Grady** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property
12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:     Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☑ No.  Go to Part 2.
   - ☐ Yes.  Where is the property?

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................... ➔ $0.00

### Part 2:     Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Honda** | ☐ Debtor 1 only | |
| Model: | **Accord** | ☐ Debtor 2 only | **Current value of the entire property?** |
| Year: | **2004** | ☑ Debtor 1 and Debtor 2 only | **Current value of the portion you own?** |
| Approximate mileage: | **300,000** | ☐ At least one of the debtors and another | $4,025.00     $4,025.00 |

Other information:
**2004 Honda Accord**

☐ Check if this is community property (see instructions)

**NADA Clean Retail Value $4025.00**

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Dodge** | ☐ Debtor 1 only | |
| Model: | **Caravan** | ☐ Debtor 2 only | **Current value of the entire property?** |
| Year: | **2005** | ☑ Debtor 1 and Debtor 2 only | **Current value of the portion you own?** |
| Approximate mileage: | **256,364** | ☐ At least one of the debtors and another | $1,200.00     $1,200.00 |

Other information:
**2005 Dodge Caravan (approx. 256,364 miles)**

☐ Check if this is community property (see instructions)

**Client Estimated Value $1200.00**

| Debtor 1 | **Nicholas Charles Grady** | | |
|---|---|---|---|
| Debtor 2 | **Brandie Marie Grady** | Case number (if known) | |

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Jeep** | Check one. | |
| Model: | **Grand Cherokee** | ☐ Debtor 1 only | |
| Year: | **2003** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **225,000** | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$900.00** / **$900.00** |

Other information:

**2003 Jeep Grand Cherokee (approx. 225,000 miles)**

☐ Check if this is community property (see instructions)

**Client Estimated Value $900.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................➔ | **$6,125.00** |

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..... | **See continuation page(s).** | $1,130.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..... | **3 TVs, 1 Stereo, 2 Computer, 1 Tablet, 1 Record Player, 1 Cellphone** | $450.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe..... | **3 Sets Golf Clubs, 4 Hand Weights, 2 Push Mowers, 2 Weed Eaters, 10 Power Tools, 30 video Game, 2 Game Systems, 3 Bicycles** | $600.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                    Case number (if known) _____

**11. Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..... | Men's Clothing and Women's Clothing | **$500.00**

**12. Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..... | See continuation page(s). | **$155.00**

**13. Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe..... | 2 Dog | **$20.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific
    information............. | 3 Eyeglasses, 1 Nebulizer | **$320.00**

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**................................................................ ➜ | **$3,175.00**

---

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.......................................................................................... Cash: ........................ | **$25.00**

**17. Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................    Institution name:

17.1.    Checking account:    **Dupont Checking account**    **$170.00**
17.2.    Savings account:    **Dupont Savings account**    **$1.00**
17.3.    Savings account:    **TCF Savings account**    **$5.00**

**18. Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................    Institution or issuer name:

---

Official Form 106A/B                    **Schedule A/B: Property**                    page 3

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific
    information about
    them..........................    Name of entity:                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
    information about
    them..........................    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
                profit-sharing plans

☐ No
☑ Yes.  List each
    account separately.    Type of account:        Institution name:

                           401(k) or similar plan:  **401(k) ERISA**                                 $8,358.13

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

☑ No
☐ Yes..........................    Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes..........................    Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes..........................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
    information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
    information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
    information about them

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**
_____    Case number (if known) _____

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years....................

Federal: _____
State:   _____
Local:   _____

**29. Family support**
*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

Alimony:             _____
Maintenance:       _____
Support:             _____
Divorce settlement:  _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information

_____

**31. Interests in insurance policies**
*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance
company of each policy
and list its value................

Company name:          Beneficiary:          Surrender or refund value:

**Term Life Insurance No Cash Value**    _____    **$1.00**

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

_____

**35. Any financial assets you did not already list**

☐ No
☑ Yes.  Give specific information    **See continuation page(s).**    _____    **$2,555.00**

Debtor 1  **Nicholas Charles Grady**

Debtor 2  **Brandie Marie Grady**  Case number (if known) _____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................➔ | $11,115.13 |

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☒ No
☐ Yes. Describe.. _____  _____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No
☐ Yes. Describe.. _____  _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No
☐ Yes. Describe.. _____  _____

41. **Inventory**

☒ No
☐ Yes. Describe.. _____  _____

42. **Interests in partnerships or joint ventures**

☒ No
☐ Yes. Describe..... Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☒ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe.... _____  _____

44. **Any business-related property you did not already list**

☒ No
☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................➔ | $0.00 |

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

Debtor 1   **Nicholas Charles Grady**

Debtor 2   **Brandie Marie Grady**

Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish

   ☑ No
   ☐ Yes....  _____ _____

48. **Crops--either growing or harvested**

   ☑ No
   ☐ Yes.  Give specific  _____ _____
   information...............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   ☑ No
   ☐ Yes....  _____ _____

50. **Farm and fishing supplies, chemicals, and feed**

   ☑ No
   ☐ Yes....  _____ _____

51. **Any farm- and commercial fishing-related property you did not already list**

   ☑ No
   ☐ Yes.  Give specific  _____ _____
   information...............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**......................................................................➔ | $0.00

---

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ☑ No
   ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**..............................................➔ | $0.00

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                    Case number (if known) _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2**......................................................................................................➔    | $0.00

56.  **Part 2: Total vehicles, line 5**    | $6,125.00

57.  **Part 3: Total personal and household items, line 15**    | $3,175.00

58.  **Part 4: Total financial assets, line 36**    | $11,115.13

59.  **Part 5: Total business-related property, line 45**    | $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**    | $0.00

61.  **Part 7: Total other property not listed, line 54**    +    | $0.00

62.  **Total personal property.**    Add lines 56 through 61..................    | $20,415.13    Copy personal property total    ➔    +    $20,415.13

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62................................................................    | $20,415.13

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

6.    Household goods and furnishings (details):

**1 Sofa/Couch, 1 Love Seat, 1 Dining Table, 6 Dining Chairs, 1 Microwave, 1 Washer, 1 Dryer, 1**     **$880.00**
**Recliner Chair, 3 Rocking Chairs, 1 Entertainment Center, 1 Desk, 3 Other Tables, 2 Nightstands,**
**3 Dressers, 3 beds, 5 Lamps, 1 Silverwear Set, 8 Lawn Furniture**

**Queen Size Mattress**                                                          **$250.00**

12.    Jewelry (details):

**2 Watches, 5 Earings, 5 Necklaces, 1 Other Ring**                               **$55.00**

**2 Wedding Bands**                                                               **$100.00**

35.    Any financial assets you did not already list (details):

**Potential funds due to debtor, unknown at this time, including State and Federal Tax refunds,**     **$2,355.00**
**6/12 interest in 2019 tax refund of approximately $4711(EIC=$3316) = $2355.50(EIC=$1658),**
**possible garnishment funds, insurance proceeds, proceeds related to claims or causes of**
**action that may be asserted by the debtor, any claim for earned but unpaid wages, and/or**
**inheritance.**

**Garnishment Funds**                                                            **$200.00**

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** | **Charles** | **Grady** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brandie** | **Marie** | **Grady** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __WESTERN DISTRICT OF VIRGINIA__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of   *Part 2: Additional Page*   as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1.  **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2004 Honda Accord (approx. 300,000 miles)**<br>**2004 Honda Accord**<br><br>**NADA Clean Retail Value $4025.00 (1st exemption claimed for this asset)**<br>Line from *Schedule A/B:* __3.1__ | __$4,025.00__ | ☑ __$1.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☐ No
   ☐ Yes

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2004 Honda Accord (approx. 300,000 miles) 2004 Honda Accord** **NADA Clean Retail Value $4025.00 (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __3.1__ | **$4,025.00** | ☑ **$1.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)** |
| Brief description: **2005 Dodge Caravan (approx. 256,364 miles)** **Client Estimated Value $1200.00 (1st exemption claimed for this asset)** Line from *Schedule A/B*: __3.2__ | **$1,200.00** | ☑ **$1.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **2005 Dodge Caravan (approx. 256,364 miles)** **Client Estimated Value $1200.00 (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __3.2__ | **$1,200.00** | ☑ **$1,200.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)** |
| Brief description: **2003 Jeep Grand Cherokee (approx. 225,000 miles)** **Client Estimated Value $900.00 (1st exemption claimed for this asset)** Line from *Schedule A/B*: __3.3__ | **$900.00** | ☑ **$1.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **2003 Jeep Grand Cherokee (approx. 225,000 miles)** **Client Estimated Value $900.00 (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __3.3__ | **$900.00** | ☑ **$900.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)** |
| Brief description: **1 Sofa/Couch, 1 Love Seat, 1 Dining Table, 6 Dining Chairs, 1 Microwave, 1 Washer, 1 Dryer, 1 Recliner Chair, 3 Rocking Chairs, 1 Entertainment Center, 1 Desk, 3 Other Tables, 2 Nightstands, 3 Dressers, 3 beds, 5 Lamps, 1 Silverwear Set, 8 Lawn Furniture** Line from *Schedule A/B*: __6__ | **$880.00** | ☑ **$880.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |

Debtor 1   **Nicholas Charles Grady**

Debtor 2   **Brandie Marie Grady**

Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Queen Size Mattress** Line from *Schedule A/B*: __6__ | $250.00 | ☑ $36.79 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description: **3 TVs, 1 Stereo, 2 Computer, 1 Tablet, 1 Record Player, 1 Cellphone** Line from *Schedule A/B*: __7__ | $450.00 | ☑ $450.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description: **3 Sets Golf Clubs, 4 Hand Weights, 2 Push Mowers, 2 Weed Eaters, 10 Power Tools, 30 video Game, 2 Game Systems, 3 Bicycles** Line from *Schedule A/B*: __9__ | $600.00 | ☑ $600.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **Men's Clothing and Women's Clothing** Line from *Schedule A/B*: __11__ | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4)** |
| Brief description: **2 Watches, 5 Earings, 5 Necklaces, 1 Other Ring** Line from *Schedule A/B*: __12__ | $55.00 | ☑ $55.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **2 Wedding Bands (1st exemption claimed for this asset)** Line from *Schedule A/B*: __12__ | $100.00 | ☑ $1.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **2 Wedding Bands (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __12__ | $100.00 | ☑ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(1a)** |
| Brief description: **2 Dog** Line from *Schedule A/B*: __13__ | $20.00 | ☑ $20.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(5)** |
| Brief description: **3 Eyeglasses, 1 Nebulizer** Line from *Schedule A/B*: __14__ | $320.00 | ☑ $320.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(6)** |

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Cash**<br>Line from *Schedule A/B*: __16__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**Dupont Checking account**<br>Line from *Schedule A/B*: __17.1__ | $170.00 | ☑ $170.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**Dupont Savings account**<br>Line from *Schedule A/B*: __17.2__ | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**TCF Savings account**<br>Line from *Schedule A/B*: __17.3__ | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**401(k) ERISA**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __21__ | $8,358.13 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**401(k) ERISA**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __21__ | $8,358.13 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-34** |
| Brief description:<br>**401(k) ERISA**<br>**(3rd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __21__ | $8,358.13 | ☑ $8,358.13<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description:<br>**Term Life Insurance No Cash Value**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __31__ | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**Term Life Insurance No Cash Value**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __31__ | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. §§ 38.2-3122, 3123** |

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Potential funds due to debtor, unknown at this time, including State and Federal Tax refunds, 6/12 interest in 2019 tax refund of approximately $4711(EIC=$3316) = $2355.50(EIC=$1658), possible garnishment funds, insurance proceeds, proceeds related to claims or causes of action that may be asserted by the debtor, any claim for earned but unpaid wages, and/or inheritance.**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __35__ | $2,355.00 | ☑ $697.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**Potential funds due to debtor, unknown at this time, including State and Federal Tax refunds, 6/12 interest in 2019 tax refund of approximately $4711(EIC=$3316) = $2355.50(EIC=$1658), possible garnishment funds, insurance proceeds, proceeds related to claims or causes of action that may be asserted by the debtor, any claim for earned but unpaid wages, and/or inheritance.**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __35__ | $2,355.00 | ☑ $1,658.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann § 34-26(9)** |
| Brief description:<br>**Garnishment Funds**<br>Line from *Schedule A/B*: __35__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** | **Charles** | **Grady** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brandie** | **Marie** | **Grady** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.
On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

   ☐ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
   ☑ Yes.  Fill in all of the information below.

### Part 1:    List All Secured Claims

2.  **List all secured claims.**  If a creditor has more than one secured
    claim, list the creditor separately for each claim.  If more than one
    creditor has a particular claim, list the other creditors in Part 2.  As
    much as possible, list the claims in alphabetical order according to the
    creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** | Column C<br>**Unsecured<br>portion**<br>If any |
|---|---|---|---|

| 2.1 | Describe the property that<br>secures the claim: | $7,058.00 | $4,025.00 | $3,033.00 |

**Lendmark Financial Services**
Creditor's name
**1735 North Brown Road**       **2004 Honda Accord**
Number     Street
**Suite 300**

**As of the date you file, the claim is:** Check all that apply.

**Lawrenceville      GA     30043**     ☐ Contingent
City              State   ZIP Code      ☐ Unliquidated
                                        ☐ Disputed

**Who owes the debt?**  Check one.      **Nature of lien.**  Check all that apply.
☐ Debtor 1 only                          ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                          ☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Debtor 1 and Debtor 2 only             ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another ☑ Other (including a right to offset)
                                            **Automobile**
☐ Check if this claim relates
   to a community debt

**Date debt was incurred**  09/2018    **Last 4 digits of account number**  2  9  0  8

Add the dollar value of your entries in Column A on this page.  Write
that number here:                          | $7,058.00 |

Debtor 1     **Nicholas Charles Grady**
Debtor 2     **Brandie Marie Grady**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

| 2.2 |
|---|

**Progressive Leasing**
Creditor's name
**256 West Data Drive**
Number     Street

_____

_____

**Draper        UT    84020**
City            State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that
secures the claim:

**Queen Size Mattress**                     $213.21          $250.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Security Agreement**

Last 4 digits of account number    5   8   1   5

Add the dollar value of your entries in Column A on this page. Write
that number here:                                                    $213.21

If this is the last page of your form, add the dollar value totals from
all pages. Write that number here:                                 $7,271.21

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** | **Charles** | **Grady** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brandie** | **Marie** | **Grady** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:      List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $1.00 | $1.00 | $0.00 |

**Internal Revenue Service*****
Priority Creditor's Name
**P O Box 7346**
Number      Street

_____

**Philadelphia        PA      19101**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   6   4   3   6
**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                    Case number (if known) _____

| **Part 1:** | Your PRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.2 |  | **$1.00** | **$1.00** | **$0.00** |
|---|---|---|---|---|

**Va Department Of Taxation***
Priority Creditor's Name
**Taxing Authority Consulting Services, PC**
Number        Street
**P O Box 2156**

_____

**Richmond**            **VA**    **23218-0000**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    6  4  3  6

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other.  Specify _____

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**

Case number (if known) _____

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☒ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what
type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in
Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

| 4.1 | | $249.51 |
|---|---|---|

**Allied Business Services**
Nonpriority Creditor's Name
**PO Box 1799**
Number      Street

_____

**Holland**            **MI**    **49422**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    2  0  0  1
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **Open Account**

| 4.2 | | $249.00 |
|---|---|---|

**Allied Collection Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 1799**

_____

**Holland**            **MI**    **49422**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    8  9  6  4
**When was the debt incurred?**    02/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **Collection Attorney**

Debtor 1     **Nicholas Charles Grady**
Debtor 2     **Brandie Marie Grady**                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

---

**4.3**                                                                          **$224.43**

**Apelles**
Nonpriority Creditor's Name
**3700 Corporate Drive Ste 240**
Number          Street

_____

**Columbus          OH    43231**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1   3   4   3**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Open Account**

---

**4.4**                                                                          **$342.00**

**AR Resources, Inc.**
Nonpriority Creditor's Name
**ATTN: Bankruptcy**
Number       Street
**PO Box 1056**

_____

**Blue Bell          PA    19422**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **5   7   6   1**

**When was the debt incurred?**   **12/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collection Attorney**

---

**4.5**                                                                          **$233.00**

**AR Resources, Inc.**
Nonpriority Creditor's Name
**ATTN: Bankruptcy**
Number       Street
**PO Box 1056**

_____

**Blue Bell          PA    19422**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **5   7   6   2**

**When was the debt incurred?**   **12/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collection Attorney**

---

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.6 | | **$115.00** |

**Augusta County Disposible**
Nonpriority Creditor's Name
**PO BOX 538**
Number      Street

_____

**Waynesboro          VA     22980**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Open Account**

---

| 4.7 | | **$159.06** |

**Augusta Health**
Nonpriority Creditor's Name
**P.O. Box 1000**
Number      Street
**78 Medical Center Drive**

_____

**Fishersville         VA     22939**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    8  3  2  4

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Open Account**

---

| 4.8 | | **$38.33** |

**Beaumont Hospitals**
Nonpriority Creditor's Name
**PO Box 5042**
Number      Street

_____

**Troy                 MI     48007**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    2  0  0  2

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical**

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |

**4.9**    **$206.00**

**Bull City Financial Solutions**
Nonpriority Creditor's Name
**2609 North Duke Street**
Number        Street
**Suite 500**

**Durham**            **NC    27704**
City                State    ZIP Code

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **7    9    3    0**
When was the debt incurred?    **06/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collection Attorney**

**4.10**    **$206.00**

**Bull City Financial Solutions**
Nonpriority Creditor's Name
**2609 North Duke Street**
Number        Street
**Suite 500**

**Durham**            **NC    27704**
City                State    ZIP Code

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **6    6    0    1**
When was the debt incurred?    **12/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collection Attorney**

**4.11**    **$11,334.00**

**Chase Auto Finance**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 901076**

**Fort Worth**            **TX    76101**
City                State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **1    4    0    7**
When was the debt incurred?    **01/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Automobile**

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.12**                                                                              **$50.00**

**Comprehensive Behavioral Health**
Nonpriority Creditor's Name
**PO Box 1138**
Number        Street

_____

**Fishersville        VA      22939**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    **1    5    9    0**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Medical**

---

**4.13**                                                                              **$654.39**

**Credence**
Nonpriority Creditor's Name
**17000 Dallas PKWY**
Number        Street
**Suite 204**

_____

**Dallas        TX      75248**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    **2    8    4    0**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Open Account**

---

**4.14**                                                                              **$208.00**

**Credit Control Corp**
Nonpriority Creditor's Name
**PO Box 120568**
Number        Street

_____

**Newport News        VA      23612**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    **3    0    2    7**

**When was the debt incurred?**    **04/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Collection Attorney**

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                                      Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.15**                                                                                 **$122.00**

**Debt Recovery Solution**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**6800 Jericho Turnpike Suite 113E**

**Syosset**              **NY**    **11791**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3    4    9    7**
**When was the debt incurred?**    **02/14/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Unknown Loan Type**

**4.16**                                                                                 **$654.00**

**Diversified Consultants, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 679543**

**Dallas**                **TX**    **75267**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4    0    6    5**
**When was the debt incurred?**    **12/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Collection Attorney**

**4.17**                                                                                 **$224.43**

**Fisherman Group**
Nonpriority Creditor's Name
**800 W. Long Lake Rd**
Number      Street
**Ste 170**

**Bloomfield Hills**      **MI**    **48302**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5    8    6    7**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Open Account**

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.18**                                                                                          **$476.00**

**Focus Receivables Mana**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**1130 Northchase Parkway Ste 150**

**Marietta              GA    30067**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **5  2  9  0**
**When was the debt incurred?**    **03/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Attorney**

**4.19**                                                                                          **$63.95**

**Frost-Arnett Company**
Nonpriority Creditor's Name
**PO Box 198988**
Number     Street

**Nashville              TN    37219-8988**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **V  3  1  4**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Open Account**

**4.20**                                                                                          **$2,504.26**

**Henry Ford Health**
Nonpriority Creditor's Name
**PO Box 553920**
Number     Street

**Detroit                MI    48255**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **3  6  7  6**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical**

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.                                                          | Total claim |

| 4.21 |                                                                        **$66.00**

**J.J. Marshall & Associates**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**28820 Mound Rd**

**Warren**              **MI**    **48092**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **9**  **1**  **6**  **8**

**When was the debt incurred?**   **11/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collection Attorney**

---

| 4.22 |                                                                        **$187.00**

**LJ Ross Associates**
Nonpriority Creditor's Name
**4 Universal Way**
Number      Street
**PO Box 6099**

**Jackson**             **MI**    **49204**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **6**  **5**  **5**  **7**

**When was the debt incurred?**   **04/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collection Attorney**

---

| 4.23 |                                                                        **$27.01**

**LJ Ross Associates**
Nonpriority Creditor's Name
**4 Universal Way**
Number      Street
**PO Box 6099**

**Jackson**             **MI**    **49204**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __  __  __  __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collection Attorney**

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.24** | | **$129.00**

**Merchants & Medical Credit Corp**
Nonpriority Creditor's Name
**ATTN: Bankruptcy**
Number       Street
**6324 Taylor Drive**
_____

**Flint**                    **MI**    **48507**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4    9    6    5**
**When was the debt incurred?**    **05/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Collection Attorney**

**4.25** | | **$670.00**

**Midland Funding**
Nonpriority Creditor's Name
**2365 Northside Dr Ste 300**
Number       Street
_____

**San Diego**                **CA**    **92108**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5    2    9    9**
**When was the debt incurred?**    **11/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Factoring Company Account**

**4.26** | | **$637.00**

**Midland Funding**
Nonpriority Creditor's Name
**2365 Northside Dr Ste 300**
Number       Street
_____

**San Diego**                **CA**    **92108**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5    9    4    3**
**When was the debt incurred?**    **09/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Factoring Company Account**

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.27 | | **$1,440.00** |
|---|---|---|

**Midland Funding**
Nonpriority Creditor's Name
**2365 Northside Dr Ste 300**
Number        Street

_____

**San Diego**         **CA**    **92108**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Open Account**

| 4.28 | | **$66.95** |
|---|---|---|

**Mighigan Head and Spine**
Nonpriority Creditor's Name
**2319 Momentum Place**
Number        Street

_____

**Chicago**           **IL**    **60689**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical**

| 4.29 | | **$50.00** |
|---|---|---|

**Movement Orthopedics**
Nonpriority Creditor's Name
**43475 Dalcoma Drive**
Number        Street
**Clintion, TWP, MI 48038**

_____

City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  4  3  7  9

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Open Account**

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                                        Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.30**                                                                                     **$50.00**

**Movement Orthopedics**
Nonpriority Creditor's Name
**43475 Dalcoma Drive**
Number      Street
**Clinition, TWP, MI 48038**
_____

City                            State      ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Open Account**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.31**                                                                                     **$504.00**

**Penn Credit**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 988**

**Harrisburg            PA      17108**
City                            State      ZIP Code

Last 4 digits of account number    0   8   1   9

When was the debt incurred?       **05/2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Collection Attorney**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.32**                                                                                     **$982.22**

**Portfolio Recover**
Nonpriority Creditor's Name
**DEPT 922**
Number      Street
**PO Box 4115**

**Concord            CA      94524**
City                            State      ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Open Account**

**Is the claim subject to offset?**
☑ No
☐ Yes

**\*Under Kathleen**

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.33 | | $560.00 |

**Portfolio Recovery**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**120 Corporate Blvd**

**Norfold**          **VA**    **23502**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **7  1  4  0**
**When was the debt incurred?**    **09/21/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Unknown Loan Type**

| 4.34 | | $11.08 |

**Premier Vascular Care PC**
Nonpriority Creditor's Name
**1701 South Blvd East**
Number    Street

**Rochester Hilll**      **MI**    **48307**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **0  2  0  0**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Open Account**

| 4.35 | | $476.40 |

**Sequium Assest Solutions**
Nonpriority Creditor's Name
**1130 North Chase Parkway**
Number    Street

**Marietta**          **GA**    **30067**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **5  2  9  0**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Open Account**

Debtor 1   **Nicholas Charles Grady**

Debtor 2   **Brandie Marie Grady**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.36**                                                                                          **$15,567.14**

**Social Security Administration**            Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name
**c/o Timothy J. Heaphy**                     **When was the debt incurred?**   _____
Number      Street
**310 1st Street, S.W. Room 906**            As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
_____     ☐ Disputed
**Roanoke**              **VA   24011**
City                    State   ZIP Code      **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.
☑ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other.  Specify
                                                 **Open Account**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.37**                                                                                          **$638.00**

**Southwest Credit Systems**                 Last 4 digits of account number   **4   0   6   6**
Nonpriority Creditor's Name
**4120 International Parkway**                **When was the debt incurred?**   **02/2019**
Number      Street
**Suite 1100**                               As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
_____     ☐ Disputed
**Carrollton**          **TX   75007**
City                    State   ZIP Code      **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.
☐ Debtor 1 only                               ☐ Student loans
☑ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other.  Specify
                                                 **Collection Attorney**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.38**                                                                                          **$63.00**

**St John's Provadance**                     Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name
**14127 North**                              **When was the debt incurred?**   _____
Number      Street
**PO BOX 14000**                             As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
_____     ☐ Disputed
**Belfast**             **ME   04915**
City                    State   ZIP Code      **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.
☐ Debtor 1 only                               ☐ Student loans
☑ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other.  Specify
                                                 **Medical**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **Nicholas Charles Grady**
Debtor 2   **Brandie Marie Grady**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.39** | **$2,500.00**

**Steven Windsor**
Nonpriority Creditor's Name
**PO Box 52**
Number      Street

_____

**Greenville**       **VA**   **24440**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Open Account**

---

**4.40** | **$145.00**

**Transworld Sys Inc/51**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 15618**

_____

**Wilmington**        **DE**   **15618**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **9  8  2  5**
**When was the debt incurred?**   **02/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Collection Attorney**

---

**4.41** | **$129.26**

**United Collection Bureau, Inc**
Nonpriority Creditor's Name
**5620 Southwyck Blvd Suite 206**
Number      Street

_____

**Toledo**        **OH**   **43614**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0  9  0  0**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Open Account**

Debtor 1   **Nicholas Charles Grady**
Debtor 2   **Brandie Marie Grady**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
any debts in Parts 1 or 2, do not fill out or submit this page.

**ATT**
Name
**PO Box 10330**
Number      Street

_____

**Fort Wayne**        **IN**    **46851**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __**4.16**__ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**Augusta Health**
Name
**P.O. Box 1000**
Number      Street
**78 Medical Center Drive**

_____

**Fishersville**      **VA**    **22939**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Open Account**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**Check Into Cash**
Name
**2121 Wards Road**
Number      Street

_____

**Lynchburg**         **VA**    **24502-0000**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __**4.15**__ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**Comcast Cable**
Name
**PO Box 3006**
Number      Street

_____

**Southeastern**      **PA**    **19398**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __**4.37**__ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**Comenity Bank**
Name
**PO Box 182125**
Number      Street

_____

**Columbus**          **OH**    **43218**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __**4.33**__ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**Comenity Bank**
Name
**PO Box 182125**
Number      Street

_____

**Columbus**          **OH**    **43218**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __**4.26**__ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Consumer Energy**
Name
**C/O Kevin Fitzpatrick, Atty For Creditor**
Number    Street
**10615 Judicial Drive, Ste 603**

**Fairfax, VA 220303**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.22** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Credit One Bank\***
Name
**PO Box 98873**
Number    Street

**Las Vegas    NV    89193**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.25** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Direct TV**
Name
**PO Box 105261**
Number    Street

**Atlanta    GA    30348**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**DTE Energy**
Name
**PO Box 70515**
Number    Street

**Charlotte    NC    28272-0515**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.31** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**MedExpress**
Name
**1751 Earl Core Road**
Number    Street

**Morgantown    WV    26505**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.40** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**MedExpress**
Name
**1751 Earl Core Road**
Number    Street

**Morgantown    WV    26505**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**                                              Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**MedStar**
Name
**100 Irving Street Nw**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.24**  of  *(Check one:)*    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Washington**            **DC**      **20010**
City                        State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

**Neurological Associates**
Name
**905 Cedar Creek Grade, Suite 200**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.21**  of  *(Check one:)*    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Winchester**            **VA**      **22601**
City                        State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

**Philbin Law Office**
Name
**30057 Orchard Lake Rds**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.27**  of  *(Check one:)*    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Farmington**            **MI**      **48334**
City                        State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

**Shenandoah Emer Med Specialists**
Name
**78 Medical Drive**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.5**  of  *(Check one:)*    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Fishersville**            **VA**      **22939**
City                        State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

**Shenandoah Emer Med Specialists**
Name
**78 Medical Drive**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.4**  of  *(Check one:)*    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Fishersville**            **VA**      **22939**
City                        State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

**Southeaster Program Services Center**
Name
**1200 Rev. Abraham Woods, Jr. Blvd**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.36**  of  *(Check one:)*    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Birmingham**            **AL**      **35285**
City                        State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

**University of Virginia Health System**
Name
**PO Box 743977**
Number        Street

_____

_____

**Atlanta**                    **GA**    **30374**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line    **4.14**    of    *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __  __ __  __ __  __ __

---

**UVA Physicians Group**
Name
**PO Box 9007**
Number        Street

_____

_____

**Charlottesville**            **VA**    **22906-9007**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line    **4.10**    of    *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __  __ __  __ __  __ __

---

**UVA Physicians Group**
Name
**PO Box 9007**
Number        Street

_____

_____

**Charlottesville**            **VA**    **22906-9007**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line    **4.9**    of    *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __  __ __  __ __  __ __

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**

Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6.    Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  | Total claim |
| --- | --- | --- |
| **Total claims from Part 1** | 6a.  **Domestic support obligations** | 6a.  $0.00 |
|  | 6b.  **Taxes and certain other debts you owe the government** | 6b.  $2.00 |
|  | 6c.  **Claims for death or personal injury while you were intoxicated** | 6c.  $0.00 |
|  | 6d.  **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. +  $0.00 |
|  | 6e.  **Total.**  Add lines 6a through 6d. | 6d.  $2.00 |

|  |  | Total claim |
| --- | --- | --- |
| **Total claims from Part 2** | 6f.  **Student loans** | 6f.  $0.00 |
|  | 6g.  **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.  $0.00 |
|  | 6h.  **Debts to pension or profit-sharing plans, and other similar debts** | 6h.  $0.00 |
|  | 6i.  **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. +  $43,212.42 |
|  | 6j.  **Total.**  Add lines 6f through 6i. | 6j.  $43,212.42 |

**Fill in this information to identify your case:**

| Debtor 1 | Nicholas | Charles | Grady |
|----------|----------|---------|-------|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Brandie | Marie | Grady |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

   | Person or company with whom you have the contract or lease | State what the contract or lease is for |
   |---|---|

   2.1 **Veritas Instrument Renal**                    **1 Drum Kit, 1 Xilaphone**
   Name                                                **Rent to own**
   **12475 44th St N**                                 **24/MO**
   Number    Street                                    **Contract to be ASSUMED**

   **Clearwater**              **FL**      **33762**
   City                        State       ZIP Code

**Fill in this information to identify your case:**

| Debtor 1 | Nicholas | Charles | Grady |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Brandie | Marie | Grady |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☑ No
   - ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No.  Go to line 3.
   - ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☐ No
     - ☐ Yes

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  **Your codebtor**

   *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** | **Charles** | **Grady** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brandie** | **Marie** | **Grady** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
  chapter 13 income as of the following date:

  _____
  MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **Trainer** | **Traffic Control** |
| **Employer's name** | **Target Distribution Center** | **Area Wide Protection** |
| **Employer's address** | **7000 Target Parkway**<br>Number  Street | **4244 Mt. Pleasant St NW**<br>Number  Street |
| | **Minneapolis      MN   55445**<br>City            State   Zip Code | **North Canton      OH   44720**<br>City            State   Zip Code |
| **How long employed there?** | **10 Months** | **3 weeks** |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. **$3,379.09** | **$1,500.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. **$3,379.09** | **$1,500.00** |

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................................ ➔ | 4. | **$3,379.09** | **$1,500.00** |

5. **List all payroll deductions:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | **$697.32** | **$0.00** |
| 5b. Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| 5c. Voluntary contributions for retirement plans | 5c. | **$202.63** | **$0.00** |
| 5d. Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| 5e. Insurance | 5e. | **$433.33** | **$0.00** |
| 5f. Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| 5g. Union dues | 5g. | **$0.00** | **$0.00** |
| 5h. Other deductions. Specify: _____ | 5h.+ | **$0.00** | **$0.00** |

| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$1,333.28** | **$0.00** |
|---|---|---|---|
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$2,045.81** | **$1,500.00** |

8. **List all other income regularly received:**

| 8a. **Net income from rental property and from operating a business, profession, or farm** | 8a. | **$0.00** | **$0.00** |
|---|---|---|---|

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| 8b. **Interest and dividends** | 8b. | **$0.00** | **$0.00** |
|---|---|---|---|
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | **$0.00** | **$0.00** |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| 8d. **Unemployment compensation** | 8d. | **$0.00** | **$0.00** |
|---|---|---|---|
| 8e. **Social Security** | 8e. | **$0.00** | **$0.00** |
| 8f. **Other government assistance that you regularly receive** | | | |

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| Specify: _____ | 8f. | **$0.00** | **$0.00** |
|---|---|---|---|
| 8g. **Pension or retirement income** | 8g. | **$0.00** | **$0.00** |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | **$0.00** | **$0.00** |

| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$0.00** | **$0.00** |
|---|---|---|---|

| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$2,045.81** + **$1,500.00** = | **$3,545.81** |
|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. +    **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    **$3,545.81**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:    **Note: Debtor 2 has not received first paycheck from new employer yet. Amout above is estimated.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** | **Charles** | **Grady** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brandie** | **Marie** | **Grady** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No.  Go to line 2.
☑ Yes.  **Does Debtor 2 live in a separate household?**
   ☑ No
   ☐ Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes.  Fill out this information for each dependent.....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **12** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. _____ **$925.00** |
| | **If not included in line 4:** | |
| | 4a.  Real estate taxes | 4a. _____ |
| | 4b.  Property, homeowner's, or renter's insurance | 4b. _____ |
| | 4c.  Home maintenance, repair, and upkeep expenses | 4c. _____ **$50.00** |
| | 4d.  Homeowner's association or condominium dues | 4d. _____ |

| Debtor 1 | **Nicholas Charles Grady** | | |
|---|---|---|---|
| Debtor 2 | **Brandie Marie Grady** | Case number (if known) | |

**Your expenses**

| | | | | |
|---|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | | 5. | |
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | | 6a. | **$200.00** |
| | 6b. Water, sewer, garbage collection | | 6b. | **$100.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | **(Cable/Satellite)** | 6c. | **$197.00** |
| | 6d. Other. Specify: __Cell Phone(s)__ | | 6d. | **$342.00** |
| 7. | **Food and housekeeping supplies** | | 7. | **$600.00** |
| 8. | **Childcare and children's education costs** | | 8. | **$50.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | **$150.00** |
| 10. | **Personal care products and services** | | 10. | **$50.00** |
| 11. | **Medical and dental expenses** | | 11. | **$200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | **$400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | **$100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | | 15a. | |
| | 15b. Health insurance | | 15b. | |
| | 15c. Vehicle insurance | | 15c. | **$94.80** |
| | 15d. Other insurance. Specify: _____ | | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Personal Property Taxes** | | 16. | **$10.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | | 17a. | |
| | 17b. Car payments for Vehicle 2 | | 17b. | |
| | 17c. Other. Specify: _____ | | 17c. | |
| | 17d. Other. Specify: **Progressive Leasing / Intrament Rental** | | 17d. | **$74.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. Mortgages on other property | | 20a. | |
| | 20b. Real estate taxes | | 20b. | |
| | 20c. Property, homeowner's, or renter's insurance | | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses | | 20d. | |
| | 20e. Homeowner's association or condominium dues | | 20e. | |

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **21.** | **Other.** Specify: **Pet Care/Food** _____ | 21. | **+** | **$100.00** |

**22.**    **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$3,642.80** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$3,642.80** |

**23.**    **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$3,545.81** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **–** | **$3,642.80** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($96.99)** |

**24.**    **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** | **Charles** | **Grady** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brandie** | **Marie** | **Grady** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number
(if known) _____

☐ Check if this is an
  amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended
schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | **$0.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | **$20,415.13** |
| | 1c. Copy line 63, Total of all property on Schedule A/B....................................................... | **$20,415.13** |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$7,271.21** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$2.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$43,212.42** |
| | Your total liabilities | **$50,485.63** |

### Part 3:    Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I...................................................... | **$3,545.81** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J...................................................... | **$3,642.80** |

| | |
|---|---|
| Debtor 1 | **Nicholas Charles Grady** |
| Debtor 2 | **Brandie Marie Grady** |

Case number (if known) _____

---

**Part 4:   Answer These Questions for Administrative and Statistical Records**

---

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.   **What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.   **From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

| $3,489.78 |
|---|

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

| | | |
|---|---|---|
| 9a.  Domestic support obligations.  (Copy line 6a.) | | $0.00 |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | | $2.00 |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | | $0.00 |
| 9d.  Student loans.  (Copy line 6f.) | | $0.00 |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | | $0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + | $0.00 |
| 9g.  **Total.**   Add lines 9a through 9f. | | $2.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** | **Charles** | **Grady** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brandie** | **Marie** | **Grady** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Nicholas Charles Grady**            X **/s/ Brandie Marie Grady**
Nicholas Charles Grady, Debtor 1            Brandie Marie Grady, Debtor 2

Date **07/19/2019**                          Date **07/19/2019**
MM / DD / YYYY                               MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** | **Charles** | **Grady** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brandie** | **Marie** | **Grady** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **17114 Wales Drive** | From **11/09/2017** | | From |
| Number    Street | To **08/10/2018** | Number    Street | To |
| **Macomb**        **MI**    **48044** | | | |
| City        State    ZIP Code | | City        State    ZIP Code | |

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **172 Laural Hill Road** | From **03/2016** | | From |
| Number    Street | To **11/2017** | Number    Street | To |
| **Raphine**        **VA**    **24472** | | | |
| City        State    ZIP Code | | City        State    ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions,<br>bonuses, tips | **$23,551.06** | ☐ Wages, commissions,<br>bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>YYYY | ☑ Wages, commissions,<br>bonuses, tips | **$33,944.00** | ☑ Wages, commissions,<br>bonuses, tips | **$384.98** |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>YYYY | ☑ Wages, commissions,<br>bonuses, tips | **$40,000.00 (est.)** | ☐ Wages, commissions,<br>bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | _____ | _____ | **Social Security** | **$4,506.00** |
| | _____ | _____ | _____ | _____ |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>YYYY | _____ | _____ | **Social Security** | **$8,700.00** |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>YYYY | _____ | _____ | **Social Security** | **$8,700.00** |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

| | |
|---|---|
| Debtor 1 | **Nicholas Charles Grady** |
| Debtor 2 | **Brandie Marie Grady** |

Case number (if known) _____

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

**6.**   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**   *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

**7.**   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☐ No
☑ Yes.  List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Steven Windsor**<br>Insider's name | | **$1,500.00** | **$2,500.00** | **Loaned money for moving to Virginia** |
| **PO Box 52**<br>Number     Street | **Sept 2018-July2019** | | | |
| | | | | |
| **Greenville**          **VA**     **24440**<br>City                    State    ZIP Code | | | | |

**8.**   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**
_____          Case number (if known) _____

<table>
<tr><td>**Part 4:**</td><td>**Identify Legal Actions, Repossessions, and Foreclosures**</td></tr>
</table>

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
    modifications, and contract disputes.

    ☑ No
    ☐ Yes. Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached,
    seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No.  Go to line 11.
    ☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Lendmark Financial Services** | Garnishemtn of Bank account | 06/2019 | $6,000.00 |
| Creditor's Name | | | |

**1735 North Brown Road**
Number     Street

**Suite 300**
Explain what happened
☐ Property was repossessed.
☐ Property was foreclosed.
**Lawrenceville        GA     30043**        ☑ Property was garnished.
City              State   ZIP Code           ☐ Property was attached, seized, or levied.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any
    amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of
    creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

<table>
<tr><td>**Part 5:**</td><td>**List Certain Gifts and Contributions**</td></tr>
</table>

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600
    to any charity?**

    ☑ No
    ☐ Yes. Fill in the details for each gift or contribution.

Debtor 1    **Nicholas Charles Grady**
Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

| Part 6: | List Certain Losses |

15.  **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Part 7: | List Certain Payments or Transfers |

16.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cox Law Group PLLC** | See Exhibit A to form 2016. | | |
| Person Who Was Paid | | | |
| **900 Lakeside Drive** | | 7/11/2019 | $100.00 |
| Number    Street | | | |
| | | 7/11/2019 | $1,500.00 |
| **Lynchburg**        **VA**    **24501** | | | |
| City        State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

18.  **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes.  Fill in the details.

19.  **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes.  Fill in the details.

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**                                            Case number (if known) _____

<table>
<tr><td>Part 8:</td><td>List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units</td></tr>
</table>

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes.  Fill in the details.

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes.  Fill in the details.

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes.  Fill in the details.

<table>
<tr><td>Part 9:</td><td>Identify Property You Hold or Control for Someone Else</td></tr>
</table>

23.  **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes.  Fill in the details.

<table>
<tr><td>Part 10:</td><td>Give Details About Environmental Information</td></tr>
</table>

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes.  Fill in the details.

25.  **Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes.  Fill in the details.

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**                                    Case number (if known) _____

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☒ No

☐ Yes.  Fill in the details.

## Part 11:    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No.  None of the above applies.  Go to Part 12.

☐ Yes.  Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No

☐ Yes.  Fill in the details below.

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Nicholas Charles Grady**                    X **/s/ Brandie Marie Grady**

Nicholas Charles Grady, Debtor 1                Brandie Marie Grady, Debtor 2

Date    __07/19/2019__                        Date    __07/19/2019__

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☒ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas**<br>First Name | **Charles**<br>Middle Name | **Grady**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Brandie**<br>First Name | **Marie**<br>Middle Name | **Grady**<br>Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**

- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:   List Your Creditors Who Hold Secured Claims

1.   For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D),
     fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Lendmark Financial Services**<br><br>Description of property securing debt: **2004 Honda Accord** | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Progressive Leasing**<br><br>Description of property securing debt: **Queen Size Mattress** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady** _____    Case number (if known) _____

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G),
fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not
yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                                                **Will this lease be assumed?**

Lessor's name:    **Veritas Instrument Renal**                                              ☐ No

Description of leased    **1 Drum Kit, 1 Xilaphone**                                          ☑ Yes

property:    **Rent to own**

**24/MO**

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and
personal property that is subject to an unexpired lease.

X **/s/ Nicholas Charles Grady** _____    X **/s/ Brandie Marie Grady** _____

Nicholas Charles Grady, Debtor 1                                   Brandie Marie Grady, Debtor 2

Date **07/19/2019** _____                                          Date **07/19/2019** _____

MM / DD / YYYY                                                      MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

### Chapter 7:  Liquidation

|  | |
|---:|:---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

### Chapter 11:  Reorganization

|  | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are.  If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully.  The rules are technical, and a mistake or inaction may harm you.  If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid.  You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings.  If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged.  The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

In re  **Nicholas Charles Grady**
    **Brandie Marie Grady**

Case No. _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept..................................................................   **$1,600.00**

Prior to the filing of this statement I have received........................................................   **$1,600.00**

Balance Due..................................................................................................   **$0.00**

2. The source of the compensation paid to me was:

    ☑ Debtor           ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor           ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

<div style="border:1px solid">

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **07/19/2019** | **/s/ Heidi Shafer for Cox Law Group, PLLC** |
| *Date* | *Heidi Shafer for Cox Law Group, PLLC*      Bar No.  48765 |
| | Cox Law Group, PLLC |
| | 900 Lakeside Drive |
| | Lynchburg, VA  24501-3602 |
| | Phone: (434) 845-2600 / Fax: (434) 845-0727 |

</div>

| | |
|---|---|
| **/s/ Nicholas Charles Grady** | **/s/ Brandie Marie Grady** |
| **Nicholas Charles Grady** | **Brandie Marie Grady** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

IN RE:    **Nicholas Charles Grady**                                CASE NO
**Brandie Marie Grady**

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  7/19/2019                                Signature  /s/ Nicholas Charles Grady
                                                           *Nicholas Charles Grady*


Date  7/19/2019                                Signature  /s/ Brandie Marie Grady
                                                           *Brandie Marie Grady*

Allied Business Services
PO Box 1799
Holland, MI 49422


Allied Collection Services
Attn: Bankruptcy
PO Box 1799
Holland, MI 49422


Apelles
3700 Corporate Drive Ste 240
Columbus, OH 43231


AR Resources, Inc.
ATTN: Bankruptcy
PO Box 1056
Blue Bell, PA 19422


ATT
PO Box 10330
Fort Wayne, IN 46851


Augusta County Disposible
PO BOX 538
Waynesboro, VA 22980


Augusta Health
P.O. Box 1000
78 Medical Center Drive
Fishersville, VA 22939


Beaumont Hospitals
PO Box 5042
Troy, MI 48007


Bull City Financial Solutions
2609 North Duke Street
Suite 500
Durham, NC 27704

Chase Auto Finance
Attn: Bankruptcy
PO Box 901076
Fort Worth, TX 76101

Check Into Cash
2121 Wards Road
Lynchburg, VA 24502-0000

Comcast Cable
PO Box 3006
Southeastern, PA 19398

Comenity Bank
PO Box 182125
Columbus, OH 43218

Comprehensive Behavioral Health
PO Box 1138
Fishersville, VA 22939

Consumer Energy
C/O Kevin Fitzpatrick, Atty For Creditor
10615 Judicial Drive, Ste 603
Fairfax, VA 220303

Credence
17000 Dallas PKWY
Suite 204
Dallas, TX 75248

Credit Control Corp
PO Box 120568
Newport News, VA 23612

Credit One Bank*
PO Box 98873
Las Vegas, NV 89193

Debt Recovery Solution
Attn: Bankruptcy
6800 Jericho Turnpike Suite 113E
Syosset, NY 11791


Direct TV
PO Box 105261
Atlanta, GA 30348


Diversified Consultants, Inc.
Attn: Bankruptcy
PO Box 679543
Dallas, TX 75267


DTE Energy
PO Box 70515
Charlotte, NC 28272-0515


Fisherman Group
800 W. Long Lake Rd
Ste 170
Bloomfield Hills, MI 48302


Focus Receivables Mana
Attn: Bankruptcy
1130 Northchase Parkway Ste 150
Marietta, GA 30067


Frost-Arnett Company
PO Box 198988
Nashville, TN 37219-8988


Henry Ford Health
PO Box 553920
Detroit, MI 48255


Internal Revenue Service***
P O Box 7346
Philadelphia, PA 19101

J.J. Marshall & Associates
Attn: Bankruptcy
28820 Mound Rd
Warren, MI 48092


Lendmark Financial Services
1735 North Brown Road
Suite 300
Lawrenceville, GA 30043


LJ Ross Associates
4 Universal Way
PO Box 6099
Jackson, MI 49204


MedExpress
1751 Earl Core Road
Morgantown, WV 26505


MedStar
100 Irving Street Nw
Washington, DC 20010


Merchants & Medical Credit Corp
ATTN: Bankruptcy
6324 Taylor Drive
Flint, MI 48507


Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108


Mighigan Head and Spine
2319 Momentum Place
Chicago, IL 60689


Movement Orthopedics
43475 Dalcoma Drive
Clintion, TWP, MI 48038

Neurological Associates
905 Cedar Creek Grade, Suite 200
Winchester, VA 22601


Penn Credit
Attn: Bankruptcy
PO Box 988
Harrisburg, PA 17108


Philbin Law Office
30057 Orchard Lake Rds
Farmington, MI 48334


Portfolio Recover
DEPT 922
PO Box 4115
Concord, CA 94524


Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502


Premier Vascular Care PC
1701 South Blvd East
Rochester Hilll, MI 48307


Progressive Leasing
256 West Data Drive
Draper, UT 84020


Sequium Assest Solutions
1130 North Chase Parkway
Marietta, GA 30067


Shenandoah Emer Med Specialists
78 Medical Drive
Fishersville, VA 22939

Social Security Administration
c/o Timothy J. Heaphy
310 1st Street, S.W. Room 906
Roanoke, VA 24011


Southeaster Program Services Center
1200 Rev. Abraham Woods, Jr. Blvd
Birmingham, AL 35285


Southwest Credit Systems
4120 International Parkway
Suite 1100
Carrollton, TX 75007


St John's Provadance
14127 North
PO BOX 14000
Belfast, ME 04915


Steven Windsor
PO Box 52
Greenville, VA 24440


Transworld Sys Inc/51
Attn: Bankruptcy
PO Box 15618
Wilmington, DE 15618


United Collection Bureau, Inc
5620 Southwyck Blvd Suite 206
Toledo, OH 43614


University of Virginia Health System
PO Box 743977
Atlanta, GA 30374


UVA Physicians Group
PO Box 9007
Charlottesville, VA 22906-9007

Va Department Of Taxation*
Taxing Authority Consulting Services, PC
P O Box 2156
Richmond, VA 23218-0000


Veritas Instrument Renal
12475 44th St N
Clearwater, FL 33762

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas** First Name | **Charles** Middle Name | **Grady** Last Name |
| Debtor 2 (Spouse, if filing) | **Brandie** First Name | **Marie** Middle Name | **Grady** Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF VIRGINIA**

Case number
(if known) _____

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

**Official Form 122A-1**

# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1.    **What is your marital and filing status?** Check one only.

☐    **Not married.** Fill out Column A, lines 2-11.

☑    **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐    **Married and your spouse is NOT filing with you.** You and your spouse are:

☐    **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐    **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$3,489.78** | **$0.00** |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | **$0.00** | **$0.00** |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | **$0.00** | **$0.00** |

Debtor 1    **Nicholas Charles Grady**

Debtor 2    **Brandie Marie Grady**
_____    Case number (if known) _____

| | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or**<br>**non-filing spouse** |
|---|---|---|

**5.    Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | — $0.00 | — $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | **Copy here ➜** | $0.00 | $0.00 |

**6.    Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | — $0.00 | — $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | **Copy here ➜** | $0.00 | $0.00 |

| | | |
|---|---|---|
| **7.    Interest, dividends, and royalties** | $0.00 | $0.00 |
| **8.    Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: .................↓

| | |
|---|---|
| For you................................................................ | $0.00 |
| For your spouse................................................. | $0.00 |

| | | |
|---|---|---|
| **9.    Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act. | $0.00 | $0.00 |

**10.    Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

| | | |
|---|---|---|
| Total amounts from separate pages, if any. | + _____ | + _____ |

**11.    Calculate your total current monthly income.**  Add lines 2 through 10 for each column.  Then add the total for Column A to the total for Column B.

| | | | |
|---|---|---|---|
| **$3,489.78** | + | **$0.00** | = | **$3,489.78** |

**Total current monthly income**

Debtor 1   **Nicholas Charles Grady**

Debtor 2   **Brandie Marie Grady**

Case number (if known) _____

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

**12.** **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11......................................................**Copy line 11 here** ➔   12a. | $3,489.78 |

Multiply by 12 (the number of months in a year).            X    **12**

12b. The result is your annual income for this part of the form.            12b. | $41,877.36 |

**13.** **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. | **Virginia** |

Fill in the number of people in your household. | **3** |

Fill in the median family income for your state and size of household.................................................................   13. | $91,781.00 |

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Nicholas Charles Grady**            X **/s/ Brandie Marie Grady**

  Nicholas Charles Grady, Debtor 1            Brandie Marie Grady, Debtor 2

Date **7/19/2019**            Date **7/19/2019**

  MM / DD / YYYY            MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.